## O'Hara, Appellant, v. Pritchard.

Argued October 3, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Arnold W. Hirsch,* for appellant.

*Robert L. Ceisler,* for appellee.

OPINION PER CURIAM, November 15, 1966:
Order vacated and cause remanded for the purpose of taking testimony in order that a record may be made and the issue determined thereon by the lower court.